UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. MJ10-20 |
| | ) | |
| v. | ) | **DETENTION ORDER** |
| | ) | |
| ANTHONY D. GILES, | ) | |
| | ) | |
| Defendant. | ) | |

Offense charged:

   Social Security Fraud.

Date of Detention Hearing:  January 27, 2010.

   The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   Defendant has a long criminal history including convictions for serious felony convictions. He has failed to appear for court in the past, and has prior parole and probation violations.

DETENTION ORDER - 1

1       Defendant's criminal history goes back to 1987.  He has numerous convictions including

2  two felony sex offenses, felony assault, and phone harassment.  He has pending charges for

3  assault and felon in possession of a firearm.  He has a pending warrant for his arrest on one of his

4  assault charges. During a search of his home in January 2010, 60 marijuana plants were found.

5  Defendant has been unemployed for the last year and a half.

6       It is therefore ORDERED:

7       (1)     Defendant shall be detained pending trial and committed to the custody of the

8  Attorney General for confinement in a correctional facility separate, to the extent practicable,

9  from persons awaiting or serving sentences, or being held in custody pending appeal;

10       (2)     Defendant shall be afforded reasonable opportunity for private consultation with

11  counsel;

12       (3)     On order of a court of the United States or on request of an attorney for the

13  Government, the person in charge of the correctional facility in which Defendant is confined

14  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

15  connection with a court proceeding; and

16       (4)     The clerk shall direct copies of this order to counsel for the United States, to

17  counsel for the defendant, to the United States Marshall, and to the United States Pretrial

18  Services Officer.

19       DATED this 27th day of January, 2010.

20

21

22       BRIAN A. TSUCHIDA
     United States Magistrate Judge

23

DETENTION ORDER - 2